AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 4 7 6 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

JUL - 8 2005
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Anthony R. NeCastro, II
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action